RECEIVED
NOV 23 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| SANTOS TRINIDAD CAMPOS SALAZAR (#85500-179) | DOCKET NO. 15-CV-2193; SEC. P |
| VERSUS | JUDGE DRELL |
| WARDEN | MAGISTRATE JUDGE KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the petition filed pursuant to 28 U.S.C. §2241 be and is hereby **DENIED AND DISMISSED** with prejudice.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 20th day of November, 2015.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT